1  ARTHUR A. HARTINGER (SBN 121521)
   ahartinger@publiclawgroup.com
2  GEOFFREY SPELLBERG (SBN 121079)
   gspellberg@publiclawgroup.com
3  ANASTASIA BONDARCHUK (SBN 309091)
   abondarchuk@publiclawgroup.com
4  RENNE PUBLIC LAW GROUP
   350 Sansome Street, Suite 300
5  San Francisco, California 94104
   Telephone: (415) 848-7200
6  Facsimile:  (415) 848-7230

7  Attorneys for Defendant
   BAY AREA AIR QUALITY MANAGEMENT
8  DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN (REX) SANDERS, individually,<br><br>     Plaintiff,<br><br>v.<br><br>BAY AREA AIR QUALITY MANAGEMENT DISTRICT, DOES 1 THROUGH 25,<br><br>     Defendants. | Case No. 3:23-cv-04416-RFL<br><br>(Consolidated with 3:23-cv-04432-RFL; Related to 3:24-cv-01316-RFL; 3:24-cv-01460-RFL; 3:24-cv-06276-RFL; 3:24-cv-07000-RFL)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL DEADLINES** |
| TERRI LEVELS, individually,<br><br>     Plaintiff,<br><br>v.<br><br>BAY AREA AIR QUALITY MANAGEMENT DISTRICT, DOES 1 THROUGH 25,<br><br>     Defendants. | |

Pursuant to Civil Local Rule 6-2(a), Plaintiff STEPHEN SANDERS, Plaintiff TERRI LEVELS, and Defendant BAY AREA AIR QUALITY MANAGEMENT DISTRICT (collectively the "Parties"), hereby stipulate in this consolidated matter as follows:

(1) The Parties are currently in the process of meeting and conferring regarding several ongoing discovery disputes in these consolidated matters;

(2) Based upon the meet and confer discussions, the Parties agree that additional time beyond the current discovery cutoff of March 14, 2025, will be required to complete all percipient discovery and fully resolve the remaining discovery disputes;

(3) The only previous stipulation between the Parties to extend a deadline involved only an eight-day extension for Defendant to file a responsive pleading to the consolidated action. (Dkt. 104.)

(4) The Parties therefore jointly stipulate to and request that the Fact Discovery Cutoff in this case be extended sixty (60) days from March 14, 2025, to May 16, 2025, or a date thereafter as is convenient for the Court.

(5) The Parties also jointly stipulate to and request that all other pre-trial deadlines be similarly extended sixty (60) days, or to dates thereafter as is convenient for the Court.

(6) The Parties wish to retain the trial date for these cases.

(7) The Parties therefore jointly stipulate to the following continued pre-trial schedule:

| PRE-TRIAL DEADLINE | DATE |
|---|---|
| Close of Fact Discovery | May 16, 2025 |
| Initial Expert Reports Due | May 27, 2025 |
| Rebuttal Expert Reports Due | June 10, 2025 |
| Close of Expert Discovery | June 24, 2025 |
| Dispositive Motions Due | July 21, 2025 |
| Dispositive Motion Hearing | August 25, 2025 |

| | |
|---|---|
| Dated: February 5, 2025 | RENNE PUBLIC LAW GROUP |
| | By: _____*/s/ Arthur A. Hartinger*_____ |
| | ARTHUR A. HARTINGER[1] |
| | Attorneys for Defendant |
| | BAY AREA AIR QUALITY MANAGEMENT DISTRICT |
| Dated: February 5, 2025 | STEVEN WILLIAMS LAW P.C. |
| | By: _____*/s/ Steven Williams*_____ |
| | STEVEN WILLIAMS |
| | Attorneys for Plaintiffs |
| | STEPHEN SANDERS and TERRI LEVELS |

---

[1] As the ECF user whose account is used to file this document, Arthur Hartinger hereby attests under Civil Local Rule 5-1(i)(3) that all signatories concur in its filing.

-2-

**[PROPOSED] ORDER**

Based upon the above Stipulation, the pre-trial schedule for these consolidated matters is continued as follows:

- Close of Fact Discovery is continued from 3/14/2025 to May 16, 2025.
- Initial Expert Reports Due Date is continued from 3/28/25 to May 27, 2025.
- Close of Expert Discovery is continued from 4/25/25 to June 24, 2025.
- Dispositive Motions Due Date is continued from 5/20/25 to July 21, 2025.
- The Dispositive Motion Hearing is continued from 6/24/25 to September 2, 2025.
- The Pre-Trial Conference is continued from 9/23/2025 to November 4, 2025.
- The Jury Trial is continued from 10/20/2025 to December 8, 2025.

Dated: February 6, 2025

_____
HON. RITA F. LIN
United States District Judge