UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN (REX) SANDERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAY AREA AIR QUALITY MANAGEMENT DISTRICT, <br><br> Defendant. | Case No.  23-cv-04416-RFL <br><br> **SECOND PROPOSED FINAL JURY INSTRUCTIONS AND RULINGS ON DISPUTED JURY INSTRUCTIONS** |

Enclosed as Exhibits A and B are the Court's second proposed final jury instructions and rulings on the parties' disputed jury instructions following the conference on February 18, 2026. For the reasons provided in the attached rulings and articulated on the record on February 18, Defendant's proposed amendments to the jury instructions in Dkt. Nos. 297 and 299 are denied.

Plaintiffs have enumerated specific protected activities and adverse actions in their proposed instructions and have proffered additional protected activities and adverse actions (*see* Dkt. Nos. 293, 298).  The Court reserves its ruling as to the final list of protected activities and adverse actions for the final charging conference.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____
RITA F. LIN
United States District Judge

1