UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN (REX) SANDERS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BAY AREA AIR QUALITY<br>MANAGEMENT DISTRICT,<br><br>        Defendant. | Case No.  23-cv-04416-RFL<br><br>**ORDER REGARDING JOINT<br>DEPOSITION DESIGNATIONS**<br><br>Re: Dkt. No. 288 |

Attached as Exhibit A is the Court's rulings on the Joint Deposition Designations.  (Dkt. No. 288.)

**IT IS SO ORDERED.**

Dated: February 23, 2026

RITA F. LIN
United States District Judge

1