UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN (REX) SANDERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA AIR QUALITY MANAGEMENT DISTRICT,<br><br>Defendant. | Case No.  23-cv-04416-RFL<br><br>**RULINGS REGARDING INDIVIDUAL EXHIBITS FROM ILLUMYX DEPOSITIONS** |

Attached as Exhibit A are the Court's rulings regarding Defendant's hearsay objections to certain exhibits from the Illumyx depositions (Trial Exhibits 31, 32, 33, 34, 35, 37, 38, 40, 41, 42, 43, 44, 46, 47, 48, 49, 50), which were raised on March 2, 2026.  The attached rulings explain why the Air District's hearsay objections have been overruled, and supplement the explanation and limiting instructions provided on February 27 and March 2.  The Court's rulings on the Air District's other objections, including under Federal Rule of Evidence 403, were separately addressed on the record on February 27 and March 2 and are not repeated in the attached chart.

**IT IS SO ORDERED.**

Dated: March 3, 2026

RITA F. LIN
United States District Judge

1