UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STEPHEN (REX) SANDERS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BAY AREA AIR QUALITY MANAGEMENT DISTRICT, <br><br> Defendant. | Case No. 23-cv-04416-RFL <br><br><br> **VERDICT FORM -- STEPHEN SANDERS** |

We, the jury in the above-entitled action, find as follows:

## LIABILITY

1. On the claim of sexual orientation discrimination, do you find in favor of Plaintiff Stephen Sanders or Defendant Air District?

[ ] Plaintiff Stephen Sanders        [X] Defendant Air District

2. On the claim of Failure to Prevent Discrimination, do you find in favor of Plaintiff Stephen Sanders or Defendant Air District?

[ ] Plaintiff Stephen Sanders        [X] Defendant Air District

3. On the claim of Retaliation under California's Fair Employment and Housing Act, do you find in favor of Plaintiff Stephen Sanders or Defendant Air District?

[ ] Plaintiff Stephen Sanders        [X] Defendant Air District

4. On the claim of Retaliation under Title VII's Federal Antidiscrimination Law, do you find in favor of Plaintiff Stephen Sanders or Defendant Air District?

[ ] Plaintiff Stephen Sanders        [X] Defendant Air District

Go to the next page.

## DAMAGES

Answer Question 5 below only if you found for Plaintiff Stephen Sanders on <u>one or more</u> of the questions above.  If you found for Defendant Air District as to <u>all</u> the questions above, leave Question 5 blank, and have the foreperson sign and date the verdict form at the bottom of this page and notify the Courtroom Deputy after all verdict forms have been signed.

5.  If you found for Plaintiff Stephen Sanders on one or more of the questions above, please state the amount of damages below.

       a. Past economic loss

            Past lost earnings                                          $_____

            Other past economic loss                         $_____

                               Total past economic loss:    $_____

       b. Future economic loss

            Future lost earnings                                   $_____

            Other future economic loss                     $_____

                             Total future economic loss:   $_____

       c. Past noneconomic loss,

            including physical pain / mental suffering:   $_____

       c. Future noneconomic loss,

            including physical pain / mental suffering:   $_____

                                    TOTAL:   $_____0_____

Signed:     _____*J S Melmeh*_____

          Foreperson

Dated:      _____3/12/26_____

After all verdict forms have been signed, notify the Courtroom Deputy.