UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN (REX) SANDERS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>BAY AREA AIR QUALITY<br>MANAGEMENT DISTRICT,<br><br>          Defendant. | Case No.  23-cv-04416-RFL<br><br>**VERDICT FORM -- TERRI LEVELS** |

1

We, the jury in the above-entitled action, find as follows:

**LIABILITY**

1. On the claim of race discrimination, do you find in favor of Plaintiff Terri Levels or Defendant Air District?

    [ ] Plaintiff Terri Levels        [X] Defendant Air District

2. On the claim of gender discrimination, do you find in favor of Plaintiff Terri Levels or Defendant Air District?

    [ ] Plaintiff Terri Levels        [X] Defendant Air District

3. On the claim of Failure to Prevent Discrimination, do you find in favor of Plaintiff Terri Levels or Defendant Air District?

    [ ] Plaintiff Terri Levels        [X] Defendant Air District

4. On the claim of Retaliation under California's Fair Employment and Housing Act, do you find in favor of Plaintiff Terri Levels or Defendant Air District?

    [ ] Plaintiff Terri Levels        [X] Defendant Air District

5. On the claim of Retaliation under Title VII's Federal Antidiscrimination Law, do you find in favor of Plaintiff Terri Levels or Defendant Air District?

    [ ] Plaintiff Terri Levels        [X] Defendant Air District

Go to the next page.

1

## DAMAGES

Answer Question 6 below only if you found for Plaintiff Terri Levels on <u>one or more</u> of the questions above.  If you found for Defendant Air District as to <u>all</u> the questions above, leave Question 6 blank, and have the foreperson sign and date the verdict form at the bottom of this page and notify the Courtroom Deputy after all verdict forms have been signed.

6.  If you found for Plaintiff Terri Levels on one or more of the questions above, please state the amount of damages below.

   a. Past economic loss

   Past lost earnings                                    $_____

   Other past economic loss                              $_____

   Total past economic loss:    $_____

   b. Future economic loss

   Future lost earnings                                  $_____

   Other future economic loss                            $_____

   Total future economic loss:   $_____

   c. Past noneconomic loss,

   including physical pain / mental suffering:   $_____

   c. Future noneconomic loss,

   including physical pain / mental suffering:   $_____

   TOTAL:   $_____0_____

Signed:    _____
Foreperson

Dated:    _____3/12/26_____

After all verdict forms have been signed, notify the Courtroom Deputy.

2