UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN (REX) SANDERS, et al.,

        Plaintiffs,

    v.

BAY AREA AIR QUALITY
MANAGEMENT DISTRICT,

        Defendant.

Case No. 23-cv-04416-RFL

**FINAL JUDGMENT**

Re: Dkt. Nos. 355,  356,  357

FINAL JUDGMENT IS HEREBY ENTERED in favor of defendant Bay Area Air Quality Management District and against plaintiffs Stephen Sanders and Terri Levels. The Clerk shall CLOSE THE FILE.

    **IT IS SO ORDERED.**

Dated: March 12, 2026

_____

RITA F. LIN
United States District Judge