Steven N. Williams (State Bar No. 175489)
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel: 415-697-1509
Fax:  415-230-5310
Email: swilliams@stevenwilliamslaw.com

Kathleen J. McMahon (State Bar No. 340007)
**KMcMahon Law PC**
422 Larkfield Ctr #1054
Santa Rosa, CA 95403
Tel: (925) 470-0935
Email: kmcmahon@kmcmahonlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN (REX) SANDERS, individually,<br><br>        Plaintiff,<br><br>v.<br><br>BAY AREA AIR QUALITY MANAGEMENT DISTRICT, DOES 1 THROUGH 25,<br><br>        Defendants. | Case No. 3:23-cv-04416-RFL<br><br>(Consolidated with 3:23-cv-04432-RFL; Related to 3:24-cv-01316-RFL; 3:24-cv-01460-RFL; 3:24-cv-06276-RFL; 3:24-cv-07000-RFL)<br><br>**NOTICE RE SETTLEMENT** |
| TERRI LEVELS, individually,<br><br>        Plaintiff,<br><br>v.<br><br>BAY AREA AIR QUALITY MANAGEMENT DISTRICT, DOES 1 THROUGH 25,<br><br>        Defendants. | |

-1-

-2-

**TO THE COURT:**

The parties have agreed to the resolution of this case, which will be memorialized in a written agreement between the parties. No post-trial motions will be filed and the hearing date for these motions can be vacated.

STEVEN WILLIAMS LAW P.C.

By: *Steven Williams*
      STEVEN WILLIAMS

Attorneys for Plaintiffs
STEPHEN (REX) SANDERS and TERRI LEVELS

-2-